1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

8
9

| UNITED STATES OF AMERICA, | Case No.: 14cr3302 JM |
| | |

Plaintiff,

**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE**

10
11

v.

12

ROSEMARY DOZAL,

13

Defendant .

14

15      Upon motion of the UNITED STATES OF AMERICA and good cause

16   appearing,

17      IT IS HEREBY ORDERED that the Indictment as to this defendant in the above

18   entitled case be dismissed, without prejudice.

19      IT IS SO ORDERED.

20      DATED: December 18, 2014

21

22   HON. JEFFREY T. MILLER
     United States District Judge

23
24
25
26
27
28